UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON J. COBURN and<br>STEVEN SCHWARTZ | Hon. Kevin McNulty<br><br>Crim. No. 19-cr-120 (KM-MAH) |

**CERTIFICATION OF NICHOLAS J. LEWIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL *BRADY* SEARCHES, TO SUPPRESS, AND FOR OTHER RELIEF**

I, **NICHOLAS J. LEWIN**, hereby certify as follows:

1. I am an attorney at law appearing before this Court pursuant to Local Cr. Rule 44.1 and am a member of the firm Krieger Kim & Lewin LLP, attorneys for Defendant Gordon J. Coburn in the above-captioned matter.

2. I make this certification in support of Defendant's Motion to Compel *Brady* Searches, to Suppress, and for Other Relief.

3. Attached hereto are true and correct copies of the following documents:

| Exhibit No. | Description | Bates Number |
|---|---|---|
| 1 | Document produced by Technology Solutions Corporation ("CTS") | CTS_R17_0005257 |
| 2 | Document produced by Cognizant CTS | CTS_R17_0005299 |

| 3 | Document produced by Cognizant CTS | CTS_R17_0005220 |
| 4 | Document produced by Cognizant CTS | CTS_R17_0005177 |
| 5 | Document produced by Cognizant CTS | CTS_R17_0004917 |
| 6 | Document produced by Cognizant CTS | CTS_R17_0000251 |
| 7 | 2022.06.15 Ltr from DOJ | N/A |
| 8 | 2022.06.15 Ltr from DOJ | N/A |
| 9 | Information provided by DLA Piper | N/A |
| 10 | 2019.06.12 Ltr from DOJ | N/A |
| 11 | 2019.06.24 Ltr from DOJ | N/A |
| 12 | Document produced by government | DOJ-302-00000078 |
| 13 | Document produced by Cognizant CTS | CTS_R17_0005246 |
| 14 | Document produced by Cognizant CTS | CTS_R17_0005207 |
| 15 | Document produced by Cognizant CTS | CTS_R17_0005286 |
| 16 | Document produced by Cognizant CTS | CTS_R17_0000001 |
| 17 | Document produced by Cognizant CTS | CTS_R17_0000060 |
| 18 | Document produced by Cognizant CTS | CTS-0103589 |
| 19 | Document produced by Cognizant CTS | CTS-0638406 |
| 20 | Document produced by Cognizant CTS | CTS_R17_0004324 |
| 21 | Document produced by Cognizant CTS | CTS_R17_0004337 |

| | | |
|---|---|---|
| 22 | Document produced by Cognizant CTS | CTS_R17_0000278 |
| 23 | Document produced by Cognizant CTS | CTS_R17_0000245 |
| 24 | Document produced by Cognizant CTS | CTS_R17_0004279 |
| 25 | Document produced by Cognizant CTS | CTS_R17_0000266 |
| 26 | Document produced by Cognizant CTS | CTS_R17_0000627 |
| 27 | Document produced by Cognizant CTS | CTS_R17_0004168 |
| 28 | Document produced by Cognizant CTS | CTS_R17_0000499 |
| 30 | Document produced by Cognizant CTS | CTS_R17_0000271 |
| 32 | Document produced by Cognizant CTS | CTS_R17_0000287 |
| 33 | Document produced by Cognizant CTS | CTS_R17_0004148 |
| 34 | Document produced by Cognizant CTS | CTS_R17_0004279 |
| 35 | Document produced by Cognizant CTS | CTS_R17_0000714 |
| 36 | Document produced by Cognizant CTS | CTS_R17_0000719 |
| 37 | Document produced by Cognizant CTS | CTS_R17_0005202 |
| 38 | Document produced by government | DOJ-CTS-LTR-00000257 |
| 39 | Document produced by Cognizant CTS | CTS_R17_0005206 |
| 40 | 2022.05.11 Ltr from Alston & Bird LLP and Friedman Kaplan Seiler & Adelman LLP | N/A |
| 41 | Document produced by Cognizant CTS | CTS_R17_0005177 |

| 42 | Document produced by government | DOJ-CTS-LTR-00001187 |
| --- | --- | --- |
| 43 | Document produced by Cognizant CTS | CTS_R17_0005168 |
| 44 | 2019.09.27 Ltr from DOJ | N/A |
| 46 | 2019.10.30 Ltr from DOJ | N/A |
| 47 | 2019.12.10 Ltr from DOJ | N/A |
| 48 | Document produced by government | DOJ-CTS-LTR-00001363 |
| 49 | 2019.08.26 Ltr from DOJ | N/A |
| 51 | Document produced by government | DOJ-LT-LTR-00000073 |
| 52 | Document produced by Cognizant CTS | CTS_R17_0005240 |
| 53 | Document produced by Cognizant CTS | CTS_R17_0005399 |

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are knowingly and intentionally false, I am subject to punishment.

Dated: July 8, 2022                                     Respectfully submitted,

/s/ Nicholas J. Lewin
Nicholas J. Lewin
Henry L. Ross
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue
New York, NY 11215
(212) 390-9559
*Attorneys for Defendant Gordon J. Coburn*