UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Hon. Kevin McNulty |
| GORDON J. COBURN and STEVEN SCHWARTZ | Crim. No. 19-cr-120 (KM-MAH) |

### [PROPOSED] ORDER

**THIS MATTER** having come before the Court upon the motion of Defendant Gordon J. Coburn for an Order compelling the government to search Cognizant Technology Solutions Corporation's ("Cognizant") files for *Brady* material; to suppress any statements made by Coburn during Cognizant's interview, as well as any evidence derived from those statements; and for such other relief as is required; and the Court having received the submissions of the parties; and for good cause shown,

**IT IS** on this _____ day of _____, 2022,

**ORDERED** that the hearing on this motion be and it hereby is set for _____, 2022, at ___.

_____
Honorable Kevin McNulty
United States District Judge