UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GORDON J. COBURN and<br>STEVEN SCHWARTZ | Hon. Kevin McNulty<br><br>Crim. No. 19-cr-120 (KM-MAH) |

**CERTIFICATE OF SERVICE**

I, **NICHOLAS J. LEWIN**, hereby certify as follows:

1. I am an attorney at law appearing before this Court pursuant to Local Cr. Rule 44.1 and am a member of the firm Krieger Kim & Lewin LLP, attorneys for Defendant Gordon J. Coburn in the above-captioned matter.

2. On this date, I caused the following documents to be electronically filed and served in connection with Defendant's Motion to Compel *Brady* Searches, to Suppress, and for Other Relief (the "Brief"):

   - Notice of Motion to Compel *Brady* Searches, to Suppress, and for Other Relief;
   - Certification of Nicholas J. Lewin;
   - Proposed Order; and
   - Certificate of Service.

3. On this date, service of the above documents, as well as the Brief and the exhibits appended to the Certification of Nicholas J. Lewin, was made upon the following attorneys both by email and in accordance with the with the United States District Court for the District of New Jersey's Local Rules on Electronic Service:

- Attorneys for Government: Nicholas P. Grippo, Assistant U.S. Attorney; Jonathan Fayer, Assistant U.S. Attorney; David A. Last, Chief, FCPA Unit, DOJ; Gerald Moody, Assistant Chief, FCPA Unit, DOJ

- Attorneys for Steven Schwartz: Theodore V. Wells, Jr., Esq., Roberto Finzi, Esq., and John D. Haggerty, Esq. (Paul Weiss, Rifkind, Wharton & Garrison LLP); Lawrence S. Lustberg, Esq. and Anne M. Collart, Esq. (Gibbons PC); Jeremy I. Bohrer, Esq., Adam C. Yaeger, Esq., and Jonathan E. Jason, Esq. (Bohrer PLLC)

- Attorneys for Cognizant: Mala Ahuja Harker, Esq. and Michael Palmieri, Esq. (Friedman Kaplan Seiler & Adelman LLP); Jenny Kramer, Esq. and Rachel Finkel, Esq. (Alston & Bird LLP)

4. On this date, I submitted the Brief and the exhibits appended to the Certification of Nicholas J. Lewin under seal to the Clerk of Court.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are knowingly and intentionally false, I am subject to punishment.

Dated: July 8, 2022                                Respectfully submitted,

/s/ Nicholas J. Lewin
Nicholas J. Lewin
Henry L. Ross
KRIEGER KIM & LEWIN LLP
500 Fifth Avenue
New York, NY 11215
(212) 390-9559
*Attorneys for Defendant Gordon J. Coburn*