# REPLY EXHIBIT A (submitted under seal )