# Exhibit 1



# Cognizant Technology Solutions FCPA, UK Bribery Act and Anticorruption Policy

This FCPA, UK Bribery Act and Anticorruption Policy (the "Anticorruption Policy") sets forth the policy of Cognizant Technology Solutions Corporation and its direct and indirect subsidiaries (collectively, the "Company" or "Cognizant") regarding compliance with the U.S. Foreign Corrupt Practices Act of 1977, as amended (the "FCPA"), UK Bribery Act, and other anticorruption laws, as described below. This Anticorruption Policy is designed to prevent violations of the FCPA and other anticorruption laws or the appearance of impropriety or corruption, and to satisfy the Company's obligation to have in place procedures for monitoring, detecting, preventing and punishing any violations of the FCPA and other anticorruption laws. It is your obligation to understand and comply with this Anticorruption Policy. Please contact Steven Schwartz, Senior Vice President and General Counsel at +1 (201) 6782759 or Dana Gilbert, Senior Vice President, Chief Compliance Officer & General Counsel, N.A. at +1 (201) 678-2758, if you have any questions regarding the policy.

### Why It Is Important?

The growth of our operations overseas brings complex legal, cultural, and regulatory challenges. In compliance with our Code of Ethics entitled, "Cognizant's Core Values and Standards of Business Conduct," our Company forms new business partnerships, alliances and third-party relationships that help us expand our markets the "right way," while successfully navigating regulatory minefields. We want to ensure that our associates, officers, and directors understand, and have the ability to properly address, the anticorruption legal compliance risks associated with doing business globally. This Anticorruption Policy provides you with more detailed guidance for our business activities, gifts, gratuities, and payments involving government officials and other individuals, as well as our related record-keeping requirements.

### FCPA And Anticorruption Laws Generally

The FCPA is a U.S. law that makes it a federal crime for companies or individuals to bribe government officials in non-U.S. countries in order to obtain or retain business, or secure an improper business advantage. The FCPA also requires public companies or issuers (U.S. and non-U.S. companies that trade securities on a U.S. stock exchange such as Cognizant), to keep accurate books and records, and to have an adequate system of internal financial and accounting controls. Other U.S. laws make it a federal crime to engage in commercial bribery,



Confidential

or bribe U.S. government officials. Local country anticorruption laws around the world also make it a crime to bribe a government official for an improper business purpose; some countries also make it a crime for government officials to receive a bribe (e.g., the UK Bribery Act 2010). Local country laws also criminalize commercial bribery of private individuals to achieve improper business purposes. Penalties for companies and individuals that violate anti-bribery laws and the FCPA are severe. Thus, companies must have risk-based procedures and controls to prevent, detect, and punish unlawful behavior, including bribery. Failure to have controls to prevent bribery could result in a violation of the FCPA and the UK Bribery Act, as well as local country anticorruption laws. In addition, the member countries of the Organisation for Economic Co-operation and Development, as well as countries in the Organization of American States, the Global Coalition of African Countries, India, China, and other Asian countries also have strong anticorruption laws that are being enforced with increasing aggressiveness. However, it is globally recognized that the FCPA provides the standard against which all other anticorruption enforcement initiatives are measured.

### What Is Required By Our FCPA And Anticorruption Policy?

Our FCPA and anticorruption compliance policies require that:

> - You never pay, promise, offer or authorize a bribe or anything of value to a government official or any other individual in order to obtain business for the Company or to secure an improper advantage for the Company.

> - You never permit, allow, authorize (or turn a "blind eye" to) a Company third-party's representative payment, promise, offer or authorization of a bribe or anything of value to a government official or any other individual in order to win business or obtain improper advantages for the Company.

> - You consult with our Legal Department before offering or giving anything of value, even of nominal value (e.g., for meal or dinner, or sports tickets), to a government official or to someone who is in a position to influence a government official or a third-party representative, as governed by our Core Values and Standards of Business Conduct regarding gifts and entertainment.

> - You conduct appropriate, risk-based anti-corruption and reputational due diligence and background checks on business partners and third-party representatives who may interact with government officials on the Company's behalf prior to entering into a relationship with them. Due diligence forms, questionnaires, and checklists are available from our Legal Department.

> - You require our business partners and third-party representatives to execute anticorruption certifications, updating them periodically, as appropriate.

> - You conduct risk assessments, in consultation with our Legal Department, for certain activities involving officials in high-risk countries for corrupt practices.

> - You include appropriately rigorous anticorruption contract provisions in Company agreements, particularly agreements with our business partners and third-party representatives that are involved in business development.

> - You help ensure that entries into the Company's books and records are accurate, and that all Company internal controls and procedures are maintained and followed when making payments from the Company.

> - You comply with, and enforce, all the Company's requirements for documentation of expenses and payment requests, particularly those payments related to the Company's sales, marketing, and business development efforts, consistent with our Core Values and Standards of Business Conduct on transparency.

Our Legal Department has all forms needed to implement our policy. You should coordinate with our Legal Department to obtain the proper and relevant form.

### IV. What Activities Are Covered By The Anticorruption Policy?

A. Bribery, Corrupt Practices, and Improper Payments

You must not ever corruptly make, offer, promise, or authorize a payment of money or anything of value, directly or indirectly:

> - To any government official, political party, political party official or candidate for political office, or any other individual or company;

Confidential

CTS_R17_0000102

» To secure some act from the recipient, such as (a) influencing an official act or decision (including omission to act); (b) inducing the recipient or other person to use influence to affect any act or decision affecting the Company; or (c) securing an improper business advantage for the Company; or

» To assist in obtaining or retaining business for, with, or to, the Company or any person, anywhere in the world.

Although a violation of the FCPA anti-bribery provisions also requires use of the U.S. mails, wires, telephone, internet services, or bank clearance facilities, you should be mindful that other applicable local anticorruption laws do not have such requirements for an anticorruption violation. It is also a violation of this Anticorruption Policy, and some other anticorruption laws, for a government official or other individual to directly or indirectly agree to receive or accept a financial or other advantage in order to perform improperly a relevant official or executive function or activity for the Company.

This Anticorruption Policy also prohibits direct payments or promises of payment, and authorizations of payments to third parties knowing that any part of the payment will ultimately be offered, given, or promised to a government official, a political party or political party official, or to a candidate for political office. Under some anticorruption country laws and the FCPA, a hospitality gift provided with the intent to influence an act of a government official or another person may be illegal, depending on the circumstances.

Examples of Anticorruption "Red Flags"

Certain activities or factors create anticorruption "red flags." You are required to take special measures to address the "red flags" before proceeding with a transaction or engaging a business partner or third-party representative, as relevant, and contact our Legal Department if:

◦ the proposed business partner or third-party representative is related to a government official;

◦ in the past, the business partner or third-party representative requested a company to prepare false invoices or any other type of false documentation, or gave false justifications for expenses to be reimbursed;

◦ the business partner or third-party representative refuses to agree in writing to follow the Company's Anticorruption Policy and relevant local anticorruption laws;

◦ the country (locality) in which we are conducting business has a public reputation for corruption and bribery, as reported by Transparency International Corruption Perception Index; the website is available at: http://www.transparency.org/;

◦ the products sold or manufactured are highly regulated, and ethical misconduct or corruption activities have frequently occurred in the past;

◦ the structure and operations of the business partner or third-party representative indicate that corrupt practices are utilized;

◦ the business partner or third-party representative has convictions or charges for violations of local laws relating to award of government contracts;

◦ requests are made for over-invoicing, or that all or a portion of the commission be paid in a third-party country, to a third party, in cash or otherwise untraceable funds, or by other irregular methods;

◦ there is primary reliance on political and government contacts instead of knowledgeable staff, technical skill, or invested time and effort;

◦ the business partner or third-party representative refuses or is unable to develop or implement a market development program, as needed;

◦ the business partner or third-party representative desires to keep the engagement or project with the Company secret;

◦ evidence of relationship problems with other global companies; or

◦ the business partner or third-party representative requests or suggests payment for purposes of such payment being passed through to a government official or that official's representative as a gift or political donation.

B. Books and Records/Internal Controls Requirements

As a publicly traded company, we are required to always maintain accurate books and records. No false entries or material omissions should ever be made in the Company's books, records, and accounts regarding payments or transactions. Also, our payment procedures, management authorizations, and financial controls must

Confidential

CTS_R17_0000103

be followed, and any gaps that may be discovered in our internal controls must be identified to a supervisor or our Legal Department, as appropriate.

**Examples of problematic books and records/internal controls activities under our Anticorruption Policy include the following:**

- A payment to a government official or other individual that is described in our accounting entries as a "miscellaneous fee";

- Submission of false or inaccurate expense account reports by business partners or third-party representatives;

- Description of a payment as an "overhead expense or fee," "housing expense," or "miscellaneous fee" instead of a "commission" for the business partner or third-party representative, as appropriate;

- Establishing or maintaining bank accounts that hold Company funds in the names of individuals;

- Making false or artificial entries into the Company's books and records or being part of an arrangement or activity that results in falsification of the Company's books and records;

- Using or causing someone else to use Company funds for an illegal or unauthorized purpose;

- Creating or using an off-the-books "slush" fund; or

- Associates, business partners or third-party representatives seeking expense reimbursement for personal contributions to political campaigns, political parties, or similar political entities.

### V. To Whom Does Our Anticorruption Policy Apply?

This Anticorruption Policy applies to all of us, all of our affiliates, and our and their officers, directors, associates, business partners, and third-party representatives anywhere in the world.

### VI. What Does "Corruptly" Mean?

"Corruptly" relates to the intent of the person or entity that offers the payment or gift, and it has been defined as "an evil motive or purpose, an intent to wrongfully influence the recipient." However, the UK Bribery Act and some other anticorruption laws do not require proof of any "corrupt" intent.

### VII. Who Is A "Government Official"?

A "government official" is any officer or employee of a government or any department, agency, or instrumentality thereof, or of a public international organization, or any person acting in an official capacity for or on behalf of any such government or department, agency or instrumentality, or for or on behalf of any such public international organization, and may include a close relative of such an official, and any nominee of any government official. Examples include:

- A member of a royal family who has official governmental responsibilities;

- The Chief Technology Officer in a government agency or ministry;

- An administrator or supervisor in an intelligence agency or government department;

- An advisor to the Minister of the Interior;

- A legislator;

- A Technology Subcommittee Chairperson of a House of Parliament;

- An official or executive of a state-controlled business enterprise;

- A businessperson who is a government agency consultant acting for and on behalf of such government agency;

- An official of a public multilateral organization (e.g., World Trade Organization; United Nations); and

- An executive employed by a state-owned or controlled hospital.

### VIII. What Constitutes A Bribe, A Financial Advantage Or "Anything of Value"?

Examples of things that may constitute a bribe, a financial advantage or "Anything of Value" include, among other things:

- Cash or its equivalent;

- Charitable donations;

- Loans with favorable terms;

- Golf outings;

- Sports equipment;

- Expensive gifts to a government official's spouse, children or family member;

- A car;

- Free product samples, equipment, and services in unrestricted or large supply;

FCPA Policy        4

CTS_R17_0000104

- A college scholarship;

- An internship; and

- Travel to a technology conference or meeting (or training) where there is more recreation time than meeting time scheduled, and the official rarely shows up for the business meetings or training.

**IX. What Does "Knowledge" Mean?**

"Knowledge" means the funding party (i) is actually aware that the government official or other individual will ultimately receive the payment, or (ii) believes that the payment to the government official or other individual is substantially likely to occur. "Knowing" behavior also includes behavior that consciously disregards or is willfully blind to the existence or possibility of an improper payment to someone. Therefore, an individual who deliberately ignores suspicious circumstances or "sticks his or her head in the sand," "looks the other way," or chooses not to investigate suspicious circumstances or "red flags" could be found to be "knowing" with respect to a payment or gift barred by our Anticorruption Policy, the FCPA and other anticorruption laws. It is also possible to have a bribery offense by merely failing to prevent bribery, or failing to have effective controls and procedures that prevent bribery in all countries in which we operate. No evidence of "actual knowledge" of the bribe or suspicious circumstance is required in order to prove a violation of failing to prevent a bribe under the UK Bribery Act.

**X. What Types Of Improper Benefits May Be Sought By The Payor?**

- Examples of improper benefits that may be sought by the payor include:

- Directly influencing a discretionary act or decision of a government official or other individual;

- Causing a government official or other individual to improperly influence some act or decision of a government or instrumentality;

- Causing the official or other individual not to act or not to make a decision;

- Trying to secure an "improper advantage," such as gaining special access to government officials, influential individuals, or causing the government official or other individual to waive a legal requirement;

- Award of a contract;

- Receiving secret terms of competitor bids during a public tender;

- Procurement of technology solutions, software, systems and processes;

- Favorable tax, license, permit and inspection results; or

- Cargo release for reduced customs duties, tariffs and fees.

**XI. Are There Any Permissible Payments That May Be Made To Government Officials?**

There are certain permissible payments that may be made to government officials under certain conditions with the prior approval of our Legal Department. The following discusses examples of permissible payments that may be approved by our Legal Department under certain conditions. However, you must contact our Legal Department for guidance before proceeding on the following types of payments to ensure that all conditions for these special exceptions under the Anticorruption Policy are satisfied.

A. **Facilitating Payments:** So-called "facilitating payments" are also known as "grease payments" or "expediting payments." Grease or expediting payments are nominal, very small payments (e.g., $10) typically made to expedite an administrative or clerical official's performance of some non-discretionary action or service that he or she is supposed to provide, and to which you are legally entitled, such as:

- Permits, licenses, or other official documents necessary to do business in a certain market or country;

- Processing of government papers such as visas and work orders;

- Police protection, mail services, or scheduling inspections; or

- Utility (e.g., phone, electricity, water) or other government services.

**Many countries (e.g., Sweden, the United Kingdom, and Germany) do not allow facilitating payments; so you must obtain prior approval from our Legal Department before making a determination that a payment to an official may be offered or given as a lawful "facilitating payment" in a particular country.**

Confidential

**Marketing and Promotional Expenses:** Generally consistent with the approval levels listed in the Core Values and Standards Business Conduct for Gifts and Entertainment, payments that are "reasonable and bona fide" expenses for government officials that are directly related to the promotion, demonstration, or explanation of products or services are permissible under this Anticorruption Policy. Examples of permissible marketing and promotional expenses include:

- Product samples of nominal value provided to government officials to demonstrate the quality of the product in compliance with relevant anticorruption laws;
- Payment of a government official's travel expenses to our facilities for demonstrations of our technology and processes; and
- Consistent with reasonable, customary and proportionate local norms, hosting a modest and low cost dinner for a government official the evening before an all-day training at our facility.

**However, you must obtain approval from our Legal Department before paying marketing and promotion expenses for any government officials.**

**Payments Related To Contract Performance:** It may be permissible to cover certain expenses of a government official related to the Company's performance of a contract with that official's agency, ministry or government. No such payments should be made on behalf of any officials without obtaining approval of our Legal Department. Examples of the types of payments and expenses that may qualify for approval by our Legal Department include:

- Payment of a government official's travel expenses to a planning meeting on a contract that we are performing for them;
- Payment of a government official's expenses related to the official's participation in an offsite technical or budget meeting for a government project; and
- Payment of an official's expenses related to the official's inspection and review of a site, process, or facility related to a project with the government, as required under the contract between the government and the company, or local regulations.

**Local Law Exception:** Payments to government officials that that are lawful under the written laws of the official's country are permissible. However, this exception is very narrow, as the conduct must be explicitly permitted under the written laws of the applicable country. Thus, it is very important that you gain approval from our Legal Department before you determine that certain payment is lawful under the local law exception.

**Can Gifts And Hospitality Be Given To Government Officials?**

As described in Section XI of this Anticorruption Policy and consistent with the Core Values and Standards of Business Conduct, reimbursement of a government official's reasonable and bona fide expenses that are directly related to product marketing and promotion, or to the performance of a contract with that official's agency is generally permitted, with appropriate approvals from our Legal Department.

*Generally acceptable gifts:*

- a coffee cup with Company logo
- framed picture of a Company facility or product
- a Company calendar
- a Company t-shirt, baseball cap, or golf balls
- an inexpensive pen
- an inexpensive paper weight
- a baked good
- chocolates
- flowers

*Prohibited gifts include:*

- Rolex or expensive watch or jewelry
- golf clubs and equipment
- tickets, travel and hotel for major sporting events such as the Masters golf tournament, Wimbledon, World Cup, Olympic Games, or Super Bowl, etc.
- expensive bottle of champagne or other spirits
- car, motorcycle, plane, or free vacation

**Local country laws may also restrict gifts so you MUST contact our Legal Department when you wish to provide any gift, even of nominal value, to a government official to ensure that it would not violate local law or this Anticorruption Policy.**

Confidential

### XIII. What Are The Penalties For Violations Of Our Anticorruption Policy, The FCPA And Local Anticorruption Laws?

Any associate, officer, director, business partner or third-party representative who is found to be in violation of this Anticorruption Policy will be subject to disciplinary action, up to and including termination of employment, or termination of such person's relationship with the Company, as applicable. In addition, as detailed below, the penalties for noncompliance are severe. Enforcement authorities in the United States and other countries conduct investigations and are very effective at detecting violations of the FCPA and other anticorruption laws. These enforcement authorities, together with applicable anticorruption and investigation prosecutors, pursue violations of anticorruption laws vigorously. The penalties for violating the FCPA or other anticorruption laws can be severe and include:

**Penalties in the United States:** Violators could be barred from receiving U.S. government contracts, made ineligible for government financing and other benefits, and suffer other state and federal government sanctions. Corporations may also be fined up to $2.5 million per violation for willful offenses and up to $2 million per violation for offenses found not to be willful. Additional fines and penalties of up to twice the economic benefit that the offender sought to obtain from the bribe may also apply. The U.S. Securities & Exchange Commission ("SEC") may impose civil fines of up to $10,000 per offense, plus disgorgement of profits, and the SEC maintains investigatory and enforcement powers over the companies it regulates.

**Penalties against individuals:** In the United States, individuals can be imprisoned for up to five years and fined up to $100,000 per offense. If a violation is found to be willful, individuals may be imprisoned up to 10 years and/or fined up to $1 million. Companies are not permitted to pay the fines on behalf of individuals.

**UK Penalties:** As an example of other anticorruption penalties, the UK Bribery Act allows for unlimited fines against a corporation. Directors may be disqualified, a company may be disbarred from government contracts, and asset confiscation proceedings could result. Individual violators are subject to 10 years imprisonment and/or a fine.

Violation of this Anticorruption Policy or the FCPA, UK Bribery Act or any other applicable anticorruption laws may subject the person violating such policy or laws to disciplinary action by the Company up to and including termination. The Company reserves the right to determine, in its own discretion and on the basis of the information available to it, whether this Anticorruption Policy has been violated. The Company may determine that specific conduct violates this Anticorruption Policy, whether or not the conduct also violates the law. It is not necessary for the Company to await the filing or conclusion of a civil or criminal action against the alleged violator before taking disciplinary action.

### XIV. Are Political Contributions Permitted?

Political contributions are not permitted by, or on behalf of, the Company outside of the United States. Political contributions made by individual associates are not reimbursable the Company.

### XV. Are Charitable Donations Permitted?

Charitable donations may only be made if properly vetted to ensure that the charity (a) is legitimate and reputable, (b) will not be used as a conduit for a government official's payment, (c) is not controlled by a government official, and (d) the funds donated will actually be used for the charitable purpose.

### XVI. Will Training On This Anticorruption Policy Be Provided?

Associates who interact with, or have responsibility for those who interact with, government officials and other individuals who make decisions on award of contracts to the Company will receive appropriate training from the Company regarding new FCPA, UK Bribery Act and related anticorruption developments or legal requirements. Key business partners and third-party representatives shall also receive appropriate training.

### XVII. How Will The Company Monitor And Audit Compliance With This Anticorruption Policy?

Periodic audits of compliance shall be performed by each business unit in coordination with our Legal Department.

### XVIII. Who Will Make Determinations On Company Disclosure And Self-Referrals Under This Anticorruption Policy?

Confidential

CTS_R17_0000107

Senior management will make decisions regarding required disclosures of violations or self-referrals to government agencies applicable to this Anticorruption Policy.

**XIX. How Do You Report A Violation Of This Anticorruption Policy?**

If you violate this Anticorruption Policy or any federal, state, or local country laws governing anticorruption, or know of any such violation by any director, officer or employee of the Company, you must report the violation immediately to Steven Schwartz, Senior Vice President and General Counsel, at (201) 6782759. If you do not feel that you can discuss the matter with Mr. Schwartz, you may raise the matter with Misty Pederson, Global Compliance & Ethics, at (214) 459-6923, or Gordon Coburn, Chief Financial and Operating Officer at (201) 6782712. You may also report a violation anonymously (subject to certain country-specific laws and regulations, which in some cases prohibit anonymous reporting) through Cognizant's Compliance Helpline by filing a report either by phone or via the Internet. Instructions for filing a report through our Compliance Helpline are contained in our Code of Ethics entitled "Cognizant's Core Values and Standards of Business Conduct" which you can access in the "About Us" section of the "Company" page of our website under the "Corporate Governance" tab located at www.cognizant.com or by visiting the following website address: https://www.compliancehel-pline.com/welcomepagecognizant.com/.

**XX. Does the Company Have A Policy Against Retaliation For Good Faith Reports Of Suspected Violations?**

We strictly prohibit supervisors, managers, and other associates from retaliating against an associate who makes a report in good faith of a possible violation under this Anticorruption Policy. Retaliatory actions against associates could result in severe disciplinary measures for the offending person, up to and including termination from the Company.

**XXI. How Can You Find Forms And Resources Relating To This Policy?**

You should contact our Legal Department for guidance, relevant forms, and appropriate language (i.e., anticorruption certifications, business partner and third-party representative due diligence checklists, and anticorruption contract language) referenced in this Anticorruption Policy.

**XXII. How Long Do You Need to Retain Documents Relating To This Policy?**

All documents related to compliance with this Anticorruption Policy shall be maintained for a period of five (5) years.

**XXIII. Annual Anticorruption Policy Certification Required**

Associates and directors of the Company are required to sign an FCPA, UK Bribery Act and Anticorruption Policy Certification annually, as directed by the Company, a copy of which is maintained by our Legal Department.

XXIV.    Is This Anticorruption Policy Subject To Modification?

The Company may at any time change this Anticorruption Policy or adopt such other policies or procedures which it considers appropriate to carry out the purposes of its policies regarding compliance with the FCPA, UK Bribery Act and other anticorruption laws. In addition, the contact persons named in this policy may be changed, and additional contacts may be designated, at any time in the discretion of the Chief Executive Officer of the Company. Notice of any such change will be delivered to you by regular or electronic mail by the Company (or other delivery option used by the Company). Upon such delivery, you will be deemed to have received, be bound by and agree to revisions of this Anticorruption Policy.

Your failure to observe this Anticorruption Policy could lead to significant legal problems, including fines and/or imprisonment, and could have other serious consequences, including the termination of your employment or service relationship with the Company.

Confidential

CTS_R17_0000108

## About Cognizant

Cognizant (NASDAQ: CTSH) is a leading provider of information technology, consulting, and business process out-sourcing services, dedicated to helping the world's leading companies build stronger businesses. Headquartered in Teaneck, New Jersey (U.S.), Cognizant combines a passion for client satisfaction, technology innovation, deep industry and business process expertise, and a global, collaborative workforce that embodies the future of work. With over 50 delivery centers worldwide and approximately 118,000 employees as of June 30, 2011, Cognizant is a member of the NASDAQ-100, the S&P 500, the Forbes Global 2000, and the Fortune 500 and is ranked among the top performing and fastest growing companies in the world. Visit us online at www.cognizant.com or follow us on Twitter: Cognizant.



**Cognizant**

| World Headquarters | European Headquarters | India Operations Headquarters |
|---|---|---|
| 500 Frank W. Burr Blvd. | 1 Kingdom Street | #5/535, Old Mahabalipuram Road |
| Teaneck, NJ 07666 USA | Paddington Central | Okkiyam Pettai, Thoraipakkam |
| Phone: +1 201 801 0233 | London W2 6BD | Chennai, 600 096 India |
| Fax: +1 201 801 0243 | Phone: +44 (0) 20 7297 7600 | Phone: +91 (0) 44 4209 6000 |
| Toll Free: +1 888 937 3277 | Fax: +44 (0) 20 7121 0102 | Fax: +91 (0) 44 4209 6060 |
| Email: inquiry@cognizant.com | Email: infouk@cognizant.com | Email: inquiryindia@cognizant.com |

© Copyright 2011, Cognizant. All rights reserved. No part of this document may be reproduced, stored in a retrieval system, transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the express written permission from Cognizant. The information contained herein is subject to change without notice. All other trademarks mentioned herein are the property of their respective owners.

CTS_R17_0000109