# Exhibit 4

| | |
|---|---|
| **From:** | Schwartz, Steven (Cognizant) <sschwart@cognizant.com> |
| **Sent:** | Tuesday, August 2, 2016 2:09 PM |
| **To:** | Ramamoorthy, Srimanikandan (Cognizant) <Srimanikandan.Ramamoorthy@cognizant.com>; Paulison, Lynn (Cognizant) <Lynn.Paulison@cognizant.com> |
| **Cc:** | Coburn, Gordon (Cognizant) <Gordon.Coburn@cognizant.com>; Gilbert, Dana (Cognizant) <dgilbert@cognizant.com> |
| **Subject:** | Re: KITS Power |

Mani,

Lynn can help arrange a call.

**Steven E. Schwartz**
**Executive Vice President, Chief Legal and Corporate Affairs Officer**
Cognizant Technology Solutions| 500 Frank W. Burr Blvd.| Teaneck, NJ 07666
Ph: (201) 678-2759 | sschwarz@cognizant.com

On Aug 2, 2016, at 10:06 AM, Ramamoorthy, Srimanikandan (Cognizant) <Srimanikandan.Ramamoorthy@cognizant.com> wrote:

> Will do that, thanks Gordon.
>
> Steven/ Dana,
>
> Please let me know a time to connect....
>
> Thanks and regards
> Mani.
>
> ---
>
> **From:** Coburn, Gordon (Cognizant)
> **Sent:** Tuesday, August 02, 2016 7:34 PM
> **To:** Ramamoorthy, Srimanikandan (Cognizant)
> **Cc:** Schwartz, Steven (Cognizant); Gilbert, Dana (Cognizant)
> **Subject:** KITS Power
>
> Mani,
>
> Please take Steven and Dana through the KITS power situation so they can give you guidance on the issue.
>
> Thanks
>
> Gordon
>
> Gordon Coburn
> President
> Cognizant Technology Solutions