# Exhibit 5

| | |
|---|---|
| **Subject:** | KITS Power |
| **Location:** | Steven's TB 8712733 (audio instructions below) |
| **Start:** | 8/8/2016 6:00 PM |
| **End:** | 8/8/2016 6:30 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |

**Required Attendees:**   Gilbert, Dana (Cognizant); Schwartz, Steven (Cognizant) (SSchwartz@Cognizant.com); Ramamoorthy, Srimanikandan (Cognizant); Karl.Buch@dlapiper.com

**Resources:**   Steven's TB 8712733 (audio instructions below)

How can someone join video bridge from PSTN/mobile phone?
Audio Participants from any PSTN/mobile phone can dial +1-201-713-2000 / +44-203-714-5512 and enter the 7-digit bridge number when prompted.

What is the US toll free number to join this bridge?
Audio Participants can dial the US toll free number +1-855-900-2468, and enter the 7-digit bridge number when prompted. This is toll free only within the US and charged for other countries.Alternatively, dial 877-295-9809, followed by the bridge number.

**From:** Gilbert, Dana (Cognizant)
**Sent:** Wednesday, August 03, 2016 9:25 AM
**To:** Paulison, Lynn (Cognizant)
**Cc:** Ramamoorthy, Srimanikandan (Cognizant); Karl Buch
**Subject:** Re: KITS Power

Lynn,

Can you please schedule a 30 minute call among Mani, Steven, Karl and me for tomorrow morning if possible?

Thank you,
Dana