# Exhibit 6

| | |
|---|---|
| **Subject:** | KITS Power |
| **Location:** | Steven's TB 8712733 (audio instructions below) |
| **Start:** | 8/8/2016 6:00 PM |
| **End:** | 8/8/2016 6:30 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |

**Required Attendees:**   Gilbert, Dana (Cognizant); Schwartz, Steven (Cognizant) (SSchwartz@Cognizant.com); Ramamoorthy, Srimanikandan (Cognizant); Karl.Buch@dlapiper.com