# Exhibit 7



PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-WORK PRODUCT

## INTERVIEW MEMORANDUM

TO: File

FROM: DLA Piper

DATE: August 25, 2016

RE: Cognizant August 8, 2016 Interview Memorandum - Srimanikandan Ramamoorthy

This memorandum summarizes the telephonic interview with Srimanikandan Ramamoorthy ("Mani"), Vice President, Corporate Workplace Services ("Administration" or "Admin") and Corporate Real Estate ("Infrastructure" or "Infra"), at Cognizant Technology Solutions Corp. ("CTS" or the "Company") by Karl Buch and Christine Liu from DLA Piper, and Robert Molina, Steven Schwartz, and Dana Gilbert from CTS on August 8, 2016.

Mani is the only source of the information reflected herein. This memorandum is not a verbatim recitation or transcription of the interview. It reflects the mental impressions of counsel and is protected by legal privilege. The purpose of this memorandum is to assist in gathering information for counsel to render legal advice to CTS and in anticipation of potential litigation.

### I.    RETENTION OF LARSEN & TOUBRO

Mani said CTS hired Larsen & Toubro ("L&T") to serve as the general contractor to supervise the construction of Cognizant KITS Campus ("CKC" or "KITS") in or around 2010. At the time, the contract contemplated that CTS would pay L&T approximately INR 9200 M (approximately USD 137 M).

Mani explained that L&T was responsible for, among other things, building the campus with the assistance of subcontractors and obtaining all government approvals, including undertaking all action necessary to open the CKC facility, such as obtaining the building permits, the fire no objection certificate ("NOC") and electricity connection.

### II.   CKC ELECTRICITY CONNECTION

According to Mani, the electricity connection involved two components: the first was laying cables inside the campus, and the second was securing the connection from the Tamil Nadu Electricity Board ("TNEB") to the CKC campus, the latter of which required a written order from TNEB. The contract with L&T did not require L&T to secure the second component; rather CTS intended to pay TNEB directly. L&T estimated that the total cost of connecting CKC to the TNEB grid and energizing the CKC campus would be INR 130 M (approximately USD 1.90 M).

Mani recalled that in or around May 2016 he reviewed the final proposal during a telephone conference with Ganesh Paramasivam, Associate Vice President, Infra, and Biswajit Ghosh ("BG"), Director, Procurement, and two stakeholders from L&T, Ramesh Vadivelu and Nakkiran R. Murugesan, Mani reported that during the call, Ramesh told BG, Ganesh, and him that L&T had paid a government official USD 300 K, and L&T wanted CTS to reimburse it for

Confidential                                                                                                                 CTS_R17_0004414



the amount as part of the final proposal. Ramesh also told them the payment was made to the individual account of the official, and not to the government account. Mani stated that this payment was captured in an email L&T sent to CTS which included a section in the proposal called "incidental expenses" in the amount of INR 21 M (approximately USD 310 K). Mani claimed L&T told him that "incidental expenses" referred to the sum paid to the government official. Mani further stated TNEB was notoriously corrupt, and obtaining an electricity connection typically requires making a "facilitation payment." According to Mani, "[t]hat's the system."

Mani explained CTS never authorized L&T to make this payment. Accordingly, CTS did not reimburse L&T. Mani was unable to explain why L&T listed "incidental expenses" in the quote. Mani stated "we pushed them so hard." He claimed to be unaware of any other instances where L&T made "incidental" or other payments to government officials in connection with projects performed for CTS. He explained the reason CTS hired L&T to obtain the approvals was CTS wanted L&T to "deal with it," which essentially meant that CTS wanted L&T to "take care of the government." Following the meeting with L&T, Deverajan Krishnan, Director, Financial Planning and Analysis ("FP&A"), drafted an email to be sent to Gordon Coburn, President, requesting his approval for this payment, but Mani stated, as of the date of this interview, the email had not been sent.

Mani stated Coburn was unaware that this payment had been made by L&T at the time it was made. Mani further stated he subsequently spoke to Coburn in early August 2016 and informed him that L&T had made a USD 300 K payment to secure electricity for the CKC facility. In response, Gordon refused to discuss the matter with him further, referencing the ongoing investigation.

*   *   *

At the end of the interview, Mani was instructed to keep the content of the discussion confidential.