# Exhibit 13

**Message**

**From:** Gilbert, Dana (Cognizant) [dgilbert@cognizant.com]
**Sent:** 1/27/2015 11:43:42 PM
**To:** McLoughlin, Karen (Cognizant) [Karen.McLoughlin@cognizant.com]
**CC:** Schwartz, Steven (Cognizant) [SSchwartz@Cognizant.com]; Fallon, Catriona (Cognizant) [Catriona.Fallon@cognizant.com]
**Subject:** Compliance Update Board Deck
**Attachments:** Qtr 1 Compliance Update Audit Deck 2015 (January 2015).pptx

Karen,

Attached for your review is a draft of the Compliance Update board deck. Please let me know if you have any questions.

Thanks,
Dana

—

**Dana L. Gilbert, CCEP**
**Senior Vice President, Chief Compliance Officer & General Counsel, N.A.**
Cognizant Technology Solutions | 500 Frank W. Burr Blvd. | Teaneck, NJ 07666
Ph: (201) 678-2758 | Fax: (201) 801-0243 | dgilbert@cognizant.com