# Exhibit 18

**Sent**: 4/22/2014 11:39:46 AM
**Subject**: Gordon Srihdar

Gordon Srihdar

1. Missing planning permit
2. Common practice build without and get after
3. Lots of permits we start without
4. Also need consent to establish
5. All construction projects L&T making small payments
6. This one is $2MM
7. Is this one big or normal? Pune project last year, ask from officials $670,000 - Normal rate. LT spent more than it would have normally spent. Change request for 12-14M. We only paid $3M.
8. One of highest demands we have seen
9. Here IAS official; person supposed to not be part of politics. When govt changes, this person keeps job. Here it has gone up to the govt officials.
10. Money going where? We do not know.
11. $2M it is reas and cust in this govt.
12. Bill will come as change request.
13. Change request for a lot of line items.
14. Are we setting precedent.
16. $154 million. We have paid about $121 million. Bill $6.4 million

Lakshmi

1. We are taking the right approach.
2. Govt going after more-and-more money
3. Right stand for us to say their problem
4. Anything other than real estate, we should not pay.