# Exhibit 19



### INTERVIEW MEMORANDUM

TO: File

FROM: DLA Piper

DATE: August 29, 2016

RE: Cognizant August 28, 2016 Interview Memorandum – Dana Gilbert

---

This memorandum summarizes the telephonic interview with Dana Gilbert, Chief Compliance Officer, at Cognizant Technology Solutions Corp. ("CTS" or the "Company") by Karl Buch and Gray Stratton from DLA Piper on August 28, 2016.

Gilbert is the only source of the information reflected herein. This memorandum is not a verbatim recitation or transcription of the interview. It reflects the mental impressions of counsel and is protected by legal privilege. The purpose of this memorandum is to assist in gathering information for counsel to render legal advice to CTS and in anticipation of potential litigation.

At the outset of the interview, Mr. Buch informed Gilbert that DLA Piper had been retained by CTS to investigate certain allegations. Mr. Buch then delivered a standard *Upjohn* warning and Gilbert acknowledged that the interview was to be kept confidential as it was protected by the attorney-client privilege, a privilege that belonged to CTS and not to her, and that the Company would determine whether to disclose information discussed to any third parties.

### I.   CONVERSATIONS WITH STEVEN SCHWARTZ

At the outset of the interview, Gilbert was asked if Steven Schwartz, Executive Vice President, Chief Legal and Corporate Affairs Officer, ever made any statements to her about the Cognizant KITS Campus ("CKC" or "KITS") building permit issue. She said Schwartz did not refer specifically to CKC, but on at least two occasions, he expressed concern to Gilbert about Srimanikandan Ramamoorthy ("Mani"), Vice President, Corporate Workplace Services ("Administration" or "Admin") and Corporate Real Estate ("Infrastructure" or "Infra"), after Mani raised "the power line issues." Both of these conversations occurred before the Audit Committee assumed responsibility of the investigation.

Gilbert detailed her first conversation with Schwartz as follows. Schwartz indicated to Gilbert that he was worried that "Mani is getting us into trouble" and "they are like rats on a sinking ship." Schwartz said he was afraid that "Mani will throw me under the bus." Schwartz then asked Gilbert if she remembered when Mani "raised a bribe that needed to be paid." Gilbert responded that she did not, to which Schwartz replied something to the effect of "oh, you weren't part of that?" Next, Gilbert told Schwartz she remembered a 2013 issue regarding a line item in an invoice after which they began requesting representations and warranties from Larsen & Toubro ("L&T"). Schwartz said something to the effect of, "oh yeah, that must be what I'm thinking about."

Confidential                                                                                                CTS_R17_0004438

Gilbert stated that he raised the issue again in a subsequent conversation. In the second conversation, again, Schwartz said he was worried about what Mani would say to the investigators. Schwartz said there had been a discussion regarding L&T paying bribes and Schwartz had told others that L&T "could use whatever influence they want as long as it was legal." Again, in this conversation, Schwartz asked Gilbert if she remembered the conversation. Again, Gilbert said she did not and Schwartz said he must have been thinking of the L&T "line item" issue.

Gilbert indicated that in the conversations above, Schwartz also wanted to discuss training and to ensure that Gilbert had enough resources for compliance. Schwartz indicated that they needed to get the Code of Ethics approved. Schwartz further indicated that he wanted to be a part of some of the training sessions. He asked if they could discuss at the team planning meetings. Gilbert said she thought Schwartz also mentioned the Pune environmental issue and said that his only involvement was hiring outside counsel.

*   *   *

At the end of the interview, Gilbert was instructed to keep the content of the discussion confidential.

EAST\144789193.1

Confidential

CTS_R17_0004439