# Exhibit 20



PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-WORK PRODUCT

# INTERVIEW MEMORANDUM

TO: File

FROM: DLA Piper

DATE: August 31, 2016

RE: Cognizant August 21, 2016 Interview Memorandum - Dana Gilbert

This memorandum summarizes the interview with Dana Gilbert, Senior Vice President, Chief Compliance Officer and General Counsel, at Cognizant Technology Solutions Corp. ("CTS" or the "Company") by Karl Buch and Natasha Kanerva from DLA Piper and Robert Molina from CTS by teleconference on August 21, 2016.

Gilbert is the only source of the information reflected herein. This memorandum is not a verbatim recitation or transcription of the interview. It reflects the mental impressions of counsel and is protected by legal privilege. The purpose of this memorandum is to assist in gathering information for counsel to render legal advice to CTS and in anticipation of potential litigation.

At the outset of the interview, Mr. Buch informed Gilbert that DLA Piper had been retained by CTS to investigate certain allegations. Mr. Buch then delivered a standard *Upjohn* warning and Gilbert acknowledged that the interview was to be kept confidential as it was protected by the attorney-client privilege, a privilege that belonged to CTS and not to her, and that the Company would determine whether to disclose information discussed to any third parties.

## I. CALLS FROM STEVEN SCHWARTZ

Gilbert was informed that the purpose of this interview was to discuss the conversations that she had with Steven Schwartz, Executive Vice President, Chief Legal and Corporate Affairs Officer, the day before, on August 20, 2016.

Gilbert recounted the conversations as follows: she said she first spoke with Schwartz at approximately noon on August 20, 2016 and that the conversation lasted less than two minutes. Gilbert said she called Schwartz to advise him that, given certain developments in the case, she would need to collect his computer. She told him that she could not provide him with any details but that Francisco D'Souza ("Frank"), Chief Executive Officer, would speak with him on Monday. Schwartz asked if Gilbert was going to call anyone else, in particular, Gordon Coburn, President. Gilbert said "yes" and the call ended.

Gilbert then tried to call Coburn, but her call went directly to voicemail. She said that at 12:07p.m., while she was deciding what to do next, Schwartz called her again. Schwartz told her that he had just spoken with Coburn and that Coburn would now take her call if she called him back. She said that she tried, but that it again went directly to voicemail.

Gilbert said Schwartz called her a couple more times before 2:00 p.m. During those calls, he said that he understood that Gilbert was unable to provide details regarding the investigation, but that

EAST\128435076.2

Confidential    CTS_R17_0004423



he suspected someone had accused him of wrongdoing and he believed that it was Srimanikandan Ramamoorthy ("Mani"), Vice President, Corporate Workplace Services ("Administration" or "Admin") and Corporate Real Estate ("Infrastructure" or "Infra"). Gilbert said Schwartz told her that he would review his emails and forward anything important to CTS's counsel. He said that he did not think that he had done anything wrong, but if he did, he would take full responsibility. Gilbert said she told him that this was not a good use of his time and that he should just surrender his computer to the investigation team. Schwartz also asked if he was going to be fired on Monday. Gilbert said she told him no, there were no plans for his imminent termination.

She said Schwartz then volunteered that he had "wracked his brain" and the only thing he could remember is being called into a meeting in Coburn's office for a call about problems with the Cognizant KITS Campus ("CKC" or "KITS") involving Larsen & Toubro ("L&T"). She claimed Schwartz said that he advised them to use L&T, as long as it was nothing illegal. Gilbert said that she told Schwartz to wait and describe this to the investigators. She claimed he asked if he could speak to Gilbert off the record, but then said "nothing is off the record is it?" Gilbert said she replied "no" and the call concluded.

Gilbert stated Schwartz called her again at 2:45 p.m. and told her that he had found a string of emails with Karen McLoughlin, Chief Financial Officer, regarding a real estate process between November 8, 2015 and November 11, 2015. She stated she had found these emails in her own records and confirmed that she had forwarded them to counsel. She said Schwartz indicated that he wanted to talk about how Coburn was "blowing up," and that Schwartz said that Coburn was very angry because he felt the Admin department was being cut out of the process. She said he claimed Coburn had sent an email asking, "why are you cutting Mani out of the process?" Gilbert said that Schwartz wanted to discuss this, but she did not provide further detail regarding the content of this discussion.

Gilbert claimed Schwartz called her again sometime later that day and declared that he could not work for Coburn any longer and that he was looking for a new job. Gilbert said he told her that she would be General Counsel soon anyway. Gilbert said she did not really engage much on this call and just let Schwartz vent. After they hung up, Gilbert said that she spoke to Coburn and did not hear from Schwartz again until later in the evening.

Gilbert claimed Schwartz called her again at 8:11 p.m., indicating that he wanted to vent further. She said Schwartz was clearly angry and went on a "tirade." She claimed he said that Coburn had asked him if L&T could pay a bribe and he had told Coburn, "no." She claimed Schwartz said that he went through thousands of emails, and that he mentioned that others such as Deepa Baburaaj, General Counsel, India, and Anand Krishnan, former Manager, Admin, had more involvement in Real Estate than he did. Gilbert claimed Schwartz also said that he had previously asked if CTS should be looking into the Real Estate group, but every time he did he was told to "leave it alone." Gilbert said that when she asked Schwartz who told him that, he said he could not remember. She claimed he continued complaining about Coburn, describing him as "unpoliceable." She stated that Schwartz also continued to claim that he was going to resign, despite doing nothing wrong. She claimed he said that he had been thrown under the bus too many times, he had never paid bribes and he would not be accused by bad people looking for an

Confidential                                                                                                      CTS_R17_0004424



scapegoat. She claimed he said that the Real Estate process was already underway when he joined CTS and he just agreed that a turnkey solution was the right approach.

Gilbert stated that the final call took place at 10:45 p.m. Gilbert claimed that on this call, Schwartz asked her if the accusation pertained to an environmental issue at KITS in 2014. She said he told her that if it did, he had already reviewed his computer and there was nothing relevant on it. She claimed he said that he had emails from Mani asking for training on anti-corruption and it made Schwartz upset that, despite this training, Mani's team still did not understand the rules. She claimed he repeated his belief that the allegation came from Mani and was of the opinion that Mani must be claiming to be unaware that bribes could not be paid through third parties.

Gilbert said Schwartz told her that he remembered using a litigation associate for a real estate issue and another instance involving a water issue in Pune and an encroachment issue that was handled by outside counsel.

*   *   *

At the end of the interview, Gilbert was instructed to keep the content of the discussion confidential.

Confidential                                                                                          CTS_R17_0004425