# Exhibit 21



# Materials for October 4, 2017 Meeting with DOJ & SEC

Subject to Confidentiality Agreement – Do Not Disclose

200 Liberty Street
New York, NY 10281
(212) 530-1800

701 8th Street, NW
Washington, D.C. 20001
(202) 261-2960

DOJ-DSOUZA-00000001

# TAB A

DOJ-DSOUZA-00000002

This document was produced in native format.

Subject to Confidentiality Agreement – Do Not Disclose

| A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foundation Account Number | Foundation Account Name | Billing Account Number | Billing Account Name | Wireless Number | Item | Date | Time | Number Called | Called To | Minutes Charged | Rate Pd | Rate Code | Feat |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 1 | 82015 | 11:32 | 2012516163 | INCOMING, CL | 2 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 2 | 82015 | 11:35 | 18584724293 | INTERNATIONAL, CL | 14 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 3 | 82016 | 12:21 | 2013275932 | INTERNATIONAL, NJ | 1 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 4 | 82016 | 13:49 | 2012516163 | INCOMING, CL | 9 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 5 | 82116 | 10:54 | 2017593094 | INTERNATIONAL, NJ | 6 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 6 | 82116 | 10:59 | 0 | BLOCKED, | 21 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 7 | 82116 | 11:17 | 2017593094 | INTERNATIONAL, NJ | 3 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 8 | 82116 | 11:23 | 2012516163 | INCOMING, CL | 1 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 9 | 82116 | 11:42 | 0 | BLOCKED, | 1 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 10 | 82116 | 11:44 | 2012516163 | INCOMING, CL | 1 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 11 | 82116 | 11:45 | 0 | BLOCKED, | 25 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 12 | 82116 | 12:17 | 0 | BLOCKED, | 19 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 13 | 82216 | 1:22 | 0 | BLOCKED, | 19 | NW | ZDFR | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 14 | 82316 | 13:15 | 2019269515 | HACKENSACK, NJ | 1 | DT | MMEO | M2M |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 15 | 82316 | 14:24 | 7322197393 | INCOMING, CL | 2 | DT | NVPM | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 16 | 82316 | 16:51 | 0 | BLOCKED, | 32 | DT | NVPM | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 17 | 82316 | 19:55 | 9179755565 | BKLYN NYC, NY | 1 | DT | MMEO | M2M |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 18 | 82316 | 20:09 | 0 | BLOCKED, | 1 | DT | NVPM | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 19 | 82416 | 9:21 | 9176997259 | NEW YORK, NY | 12 | DT | NVPM | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 20 | 82416 | 11:54 | 3866952379 | Toll Free, CL | 5 | DT | ICRU | M2M |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 21 | 82416 | 14:18 | 9176997259 | NEW YORK, NY | 4 | DT | NVPM | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 22 | 82416 | 17:01 | 6103129095 | NORRISTOWN, PA | 1 | DT | MMEO | M2M |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 23 | 82416 | 20:12 | 2012851638 | BAYONNE, NJ | 1 | DT | NVPM | |
| 2418903 | COGNIZANT TECHNOLOGY SOLU-B GSM ACDA MAC NONCB CRU | 873079626 | COGNIZANT TECHNOLOGY SOLUTIONS | (201) 281-6163 | 24 | 82516 | 13:16 | 7572265520 | INCOMING, CL | 4 | DT | NVPM | |

DOJ-DSOUZA-00000004

# TAB B

DOJ-DSOUZA-00000005

Ringtone

**Redacted**

2:23 PM Ok

Saturday, August 20, 2016

(S) Please let me know when you might have a few minutes to chat. Thanks. 2:11 PM

I'm in a very public place right now on the way to an event at the Olympics. I will only have some privacy late tonight or 2:16 PM tomorrow morning.

(S) Enjoy! 2:17 PM

Thanks. Will ping you when I'm back tonight if its not too late. Else 2:18 PM tomorrow.

Sunday, August 21, 2016

(S) Please let me know if you have a minute for a quick call. It is ok if you are in a public place. 3:17 PM

Is it urgent? Im at the

# TAB C

DOJ-DSOUZA-00000007

Message

| | |
|---|---|
| From: | Schwartz, Steven (Cognizant) [SSchwartz@Cognizant.com] |
| Sent: | 8/21/2016 1:37:07 AM |
| To: | D'Souza, Francisco (Cognizant) [FDSouza@cognizant.com] |
| Subject: | Re: Talking |

Ok

As you can imagine, I am pretty anxious to chat. Speak with you in the morning.

**Steven E. Schwartz**
**Executive Vice President, Chief Legal and Corporate Affairs Officer**
Cognizant Technology Solutions| 500 Frank W. Burr Blvd.| Teaneck, NJ 07666
Ph: (201) 678-2759 | sschwartz@cognizant.com

On Aug 20, 2016, at 9:36 PM, D'Souza, Francisco (Cognizant) <FDSouza@cognizant.com> wrote:

I am part of a GE group event and they are taking us all out to dinner now. Lets talk in the morning.
Frank

Subject to Confidentiality Agreement – Do Not Disclose

CTS-DSOUZA-0000515
DOJ-DSOUZA-00000008

# TAB D

DOJ-DSOUZA-00000009

Message

| | |
|---|---|
| From: | Schwartz, Steven (Cognizant) [SSchwartz@Cognizant.com] |
| Sent: | 8/21/2016 1:51:28 PM |
| To: | D'Souza, Francisco (Cognizant) [FDSouza@cognizant.com] |
| Subject: | Re: Talking |

Free now. Should I call your cell?

**Steven E. Schwartz**
**Executive Vice President, Chief Legal and Corporate Affairs Officer**
Cognizant Technology Solutions | 500 Frank W. Burr Blvd. | Teaneck, NJ 07666
Ph: (201) 678-2759 | sschwartz@cognizant.com

On Aug 21, 2016, at 9:50 AM, D'Souza, Francisco (Cognizant) <FDSouza@cognizant.com> wrote:

Yes. Let me know when you are free...

On Aug 21, 2016, at 7:19 AM, Schwartz, Steven (Cognizant) <SSchwartz@Cognizant.com> wrote:

Let me know when you would like to speak today. Thanks.

**Steven E. Schwartz**
**Executive Vice President, Chief Legal and Corporate Affairs Officer**
Cognizant Technology Solutions | 500 Frank W. Burr Blvd. | Teaneck, NJ 07666
Ph: (201) 678-2759 | sschwartz@cognizant.com

On Aug 20, 2016, at 11:09 PM, D'Souza, Francisco (Cognizant) <FDSouza@cognizant.com> wrote:

I understand. I will ping you asap in the morning...

-------- Original Message --------

Subject: Re: Talking

From: "Schwartz, Steven (Cognizant)" <SSchwartz@Cognizant.com>

Date: Aug 20, 2016, 9:37 PM

To: "D'Souza, Francisco (Cognizant)" <FDSouza@cognizant.com>

Ok

As you can imagine, I am pretty anxious to chat. Speak with you in the morning.

**Steven E. Schwartz**
**Executive Vice President, Chief Legal and Corporate Affairs Officer**
Cognizant Technology Solutions | 500 Frank W. Burr Blvd. | Teaneck, NJ 07666
Ph: (201) 678-2759 | sschwartz@cognizant.com

On Aug 20, 2016, at 9:36 PM, D'Souza, Francisco (Cognizant) <FDSouza@cognizant.com> wrote:

I am part of a GE group event and they are taking us all out to dinner now. Lets talk in the morning.

Frank

# TAB E

DOJ-DSOUZA-00000011



**Steven (Cognizant) Schwartz**
12038327907

2:18 PM  It its not too late. Lise tomorrow.

Sunday, August 21, 2016

(S) Please let me know if you have a minute for a quick call. It is ok if you are in a public place.  3:11 PM

Is it urgent? Im at the basketball final and its really noisy. It should be done in 1 hour approx  4:11 PM

(S) I cannot believe the score of the game! Can definitely wait.  4:12 PM

4:12 PM  Crazy score for a final!!

Im on a bus heading to closing ceremony. Its public but relatively quiet if you want to talk.  5:11 PM

Monday, September 12, 2016

(S) When you get two minutes, please call me. I have something very interested my to tell you about. At the very least, it will

**Redacted**

Subject to Confidentiality Agreement – Do Not Disclose

CTS-DSOUZA-0000513
DOJ-DSOUZA-00000012

# TAB F

DOJ-DSOUZA-00000013

Ringtone

UNCATEGORIZED

Redacted

## Ss call closing ceremony bus

9 mins

Fcpa nuances vs black and white

Asked to be interviewsd asap. Open book.

You need a GC. Acting for the comapny. Used words around resigning.

Reminded me about pf issues..

Last modified: Aug 21, 2014





Subject to Confidentiality Agreement – Do Not Disclose

CTS-DSOUZA-0000514
DOJ-DSOUZA-00000014