# Exhibit 22

SES discussion

- Been some develops in the investigat[ion] result of which all senior exec. laptops need to be collected Monday
  → Frank is traveling back from Rio on Monday & wants to meet w/ you on the investigation

I've been told

- I wish I could tell you more, but I can't for your own protection as well as the integrity of the investigation

12:00 pm - called SES
12:07 - SES called to say he had just talked to GC & GC & GC wld take my call → called back & left message

## Redacted - Privileged

SES - remembers being asked to meet GC in his office for a call about

→ Gordon asked cold we use L3T do somethin[g]

- Am I getting fired?

- Treasury KTS & L3iT involved - can see as long as nothing illegal

OFTR → Acknowledged nothing may be OFTR → legend

Redacted - Privileged
Redacted - Privileged
Redacted - Privileged
Redacted - Privileged

2:45 –

SES called to give dates on emails agt pregnant
Nov 2013 – Nov 8
KM       Nov 11 –

- SES found a string abt presenting process for real estate ¢ GC blowing up

SES
N
- Can't work fo GC anymore → looking for a new job – want work at CTS
- if GC stays → Cant do it anymore

GC call 6:35 pm – @ 2:30 – Can be in Teaneck Monday
explained EdSany process

8:11 SES | Needs to vent – SES
- Garda asked "Can LJT provide a Bribe"
- I said No – Can only use their influence if legal
- Gone thru 100K emails → made no mention
- D, A, SC ¢ me have more involvement than him
- Shdn't we be looking into our RE program → IA shd be looking into the program
- Cant police anyone in the Co → Garda isn't police either
- GC has said the right thing →
- Cant find anything in his system
- We have been told to stay out of RE by everyone Including IA.
- feels big accused of sorting →
- Going to resign → Not going to stand for this Shit
→ I done the right thing for this Co for 15 yrs

|   | L&T can use govt influence & can use a bribe — |
|---|---|
| // | — "I'm done — I'm tired — can't do this anymore" |
| // | — thrown under the bus too many times — I'm livid |
| // | — I haven't done anything wrong — No Bribes thru 3rd try |
| // | — God luck w/ this → I'm done. won't be accused by a bunch of bad People looking for an escape — |
| // | — Only decision |

— Tried a call in process ~~agreed~~ turnkey solution best option

10:40 pm — SES — Called to apologize for vertigo —
KITZ 20Y — If it is that — reviewed his chapter
→ that's nothing — No idea what they did.
— Steven has email from Mani asking us to train his team
— angry they act like they don't understand the rules

→ Mentioned several times
— an environmental issue w/ KITZ one → heard GC said no Bribe
⊕ — Litigation associate who helped w/ some real estate matters
— will pull all his name tomorrow & let me know
→ water issue in Pune — was handled by the bank by Anand & outside counsel
— encroachment issue was handled by outside counsel

— Mani → Reading between the lines — he believes Mark is saying he didn't understand he couldn't pay thru 3rd parties

# Redacted - Privileged

SES cont...
Uncomfortable giving access to personal devices
1000 passwords on his iPad → 3 iphones
- laptop - CTS owned
- iphone/ipad - CTS material is his email only
- cloud drive he used when airwatch was a problem
- harddrive of the laptop

SES Calls to House:
- 12:07
- 12:40
- 1:12
- 2:27
- 2:51
- 3:59
- 5:16

cell - 2:35
       3:59  } missed

cell   10:40 -

8/29/18
7:20pm   Q for Karl - any way he can expedite an interview
→ needs to be cleared or resign
- has ideas around the investigation & Qs abt the investign that he cant now ask
- Needs to be the one protecting his co as GC or not be GC
- Has emails from Arnad → Arnad handed to him a letter to pay off the girl & he Boss Garda said No
- Cant live like this, trying to super duper but cant
- Afraid GC is going to throw him under the bus to protect himself

Going to hang up now b/c my silence is telling

# Redacted - Privileged

8/21/14
12:42

- found emails from 2011 when Anand & ~~Deepa quit~~
Spoke to Frank
- will be interested to see Maureen's approach, being conducted properly
Told him let the process run & I am comfortable it is being conducted properly
→ "you aren't the sole bread winner & you don't have a family to take care of like I do"
- Always advised no bribes like when
- Anand asked if we c'ld use outside counsel to make payments

- Worried about what Mani will say, even though he knows he didn't do anything wrong — desperate people who knows may say

- Feels 15 yr career is over & wont be able to look board members or his boss in the face again

- Asked if he can talk to GC on unrelated matter — I advise he can but as we are telling everyone, if they want to discuss this investigation, a DLA Piper atty sh'd be present to preserve privilege and for their own protection
- I advised that that advice needs to apply to our conversations as well — Said he understands and agrees

- Wants Mani's training records when we have them

7/20 pm ← See last page