# Exhibit 23



PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-WORK PRODUCT

### INTERVIEW MEMORANDUM

TO:        File

FROM:    DLA Piper

DATE:    September 1, 2016

RE:        Cognizant August 21, 2016 Interview Memorandum - Francisco D'Souza

This memorandum summarizes the interview with Francisco D'Souza, Chief Executive Officer, at Cognizant Technology Solutions Corp. ("CTS" or the "Company") by Karl Buch from DLA Piper and Robert Molina from CTS by teleconference on August 21, 2016.

D'Souza is the only source of the information reflected herein. This memorandum is not a verbatim recitation or transcription of the interview. It reflects the mental impressions of counsel and is protected by legal privilege. The purpose of this memorandum is to assist in gathering information for counsel to render legal advice to CTS and in anticipation of potential litigation.

At the outset of the interview, Mr. Buch informed D'Souza that DLA Piper had been retained by Cognizant to investigate certain allegations. Mr. Buch then delivered a standard *Upjohn* warning and D'Souza acknowledged that the interview was to be kept confidential as it was protected by the attorney-client privilege, a privilege that belonged to CTS and not to him, and that the Company would determine whether to disclose information discussed to any third parties.

## I.    CALLS WITH STEVEN SCHWARTZ

D'Souza was informed that the purpose of this interview was to discuss the conversations that D'Souza had with Steven Schwartz, Executive Vice President, Chief Legal and Corporate Affairs Officer, the day before, on August 20, 2016.

D'Souza said that he spoke with Schwartz over the phone about an hour earlier. D'Souza claimed that his original plan was to speak with Schwartz in person when he got back to Teaneck, New Jersey; however, he said Schwartz reached out to him repeatedly throughout the day and D'Souza decided that having the conversation over the phone was unavoidable.

D'Souza said that he had initially begun by reading the script prepared by counsel. According to D'Souza, Schwartz acknowledged that he understood, but then said that he was "perplexed" as to why this was happening, and claimed he was not really involved in the real estate program. D'Souza said Schwartz claimed to remember being involved in only two situations involving real estate, and one was an issue involving a program in relation to a government entity. D'Souza claimed that the second issue described by Schwartz was in 2014, when Gordon Coburn, President, reportedly called Schwartz into a conversation about the payment of a bribe related to a facility that Schwartz said he believed to be the Cognizant KITS Campus facility ("CKC" or "KITS"). Schwartz also claimed he had replied that this was something CTS could not do. D'Souza said that Schwartz claimed his advice had been "to use L&T's government affairs group to help if CTS had any trouble."

EAST\144789159.1

CTS_R17_0004320



PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY-WORK PRODUCT

D'Souza claimed Schwartz said he had also told Dana Gilbert, Senior Vice President, Chief Compliance Officer and General Counsel, the same thing approximately two weeks earlier.

D'Souza said that he did not engage much with what Schwartz was saying, both because he was in a public place at the time and because he had been advised by counsel not to discuss anything with Schwartz beyond the content of the script.

According to D'Souza, Schwartz kept reiterating that he was experiencing a lot of emotions and that his name and reputation is all that he has. D'Souza claimed Schwartz said that he had approximately 90 K emails and that he could not find anything that he had done wrong that would put his name or reputation in doubt. According to D'Souza, Schwartz said that if he had done anything wrong he would resign immediately. D'Souza said he told Schwartz that this was not necessary and that he should trust the process. D'Souza said Schwartz replied that he was proud of the process but that he was concerned that certain people were "fibbing" and that they were "fibbing" about his communications with them. D'Souza claimed Schwartz said that he was worried about one person in particular, but that Schwartz did not say who he was talking about and D'Souza did not ask. D'Souza said he told Schwartz that he would speak to the attorneys about these allegations of "fibbing," but that this was not the time to discuss it.

\*       \*       \*

At the end of the interview, D'Souza was instructed to keep the content of the discussion confidential.

EAST\144789159.1

CTS_R17_0004321