# Exhibit 26

# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

DIRECT NUMBER: 2123263808
JLOONAM@JONESDAY.COM

March 8, 2023

VIA UPS GROUND
Judicial Assistance Officer
U.S. Department of State
Office of Legal Affairs
2201 C Street, NW
SA-17, 10th Floor
Washington, DC 20522-1710

    Re: Transmission of letter rogatory in the matter of *United States v. Gordon J. Coburn and Steven Schwartz*, No. 19-cr-120 (D.N.J.)

To Whom It May Concern:

    I am an attorney at the law firm Jones Day, counsel of record for Mr. Coburn in the above-captioned matter. We write in connection with our letter dated December 14, 2022, which requested transmission to the Republic of India of Messrs. Coburn and Schwartz's letter rogatory for compelled testimony.

    Trial in this action has been rescheduled for October 2, 2023. Accordingly, we respectfully request that the U.S. Department of State advise the Indian authorities of the new trial date. We further request a written update on the status of the letter rogatory's transmission and execution.

    Please let us know if you require further information or action to effectuate our requests. Thank you for your attention to this matter.

Sincerely,

James P. Loonam

Enclosures
cc: All Counsel of Record
The Honorable Kevin McNulty, U.S. District Judge for the District of New Jersey