UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GORDON J. COBURN and<br>STEVEN E. SCHWARTZ,<br><br>Defendants. | Hon. Kevin McNulty<br><br>Crim. No. 19-cr-120 (KM-MAH) |

**[PROPOSED] ORDER GRANTING DEFENDANT
GORDON J. COBURN'S OMNIBUS MOTIONS *IN LIMINE***

**THIS MATTER** having come before the Court upon the motion of Defendant Gordon J. Coburn for entry of an Order granting Defendant Gordon J. Coburn's Omnibus Motions *in Limine* and the relief requested therein; and the Court having considered the submissions of the parties and arguments of counsel for the parties; and for good cause shown;

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 1 to exclude testimony and evidence regarding Cognizant Technology Solutions's internal Foreign Corrupt Practices Act policy's definition of facilitation payments, and Defendants' alleged statements made during the corporate investigation related to their understanding of the policy and the law, is hereby **GRANTED**; and it is further

1

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 2 to exclude testimony and evidence regarding Cognizant outsourcing jobs or using less expensive foreign labor is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 3 to exclude testimony and evidence regarding Defendant Coburn's decisions and views relating to Cognizant's compliance budget is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 4 to exclude testimony and evidence regarding Defendant Coburn's compensation while employed at Cognizant and his overall net worth is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 5 to exclude testimony and evidence regarding Defendant Coburn's decision not to sit for a second interview with DLA Piper during Cognizant's internal investigation, and his resignation from Cognizant, is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 6 to exclude testimony and evidence regarding Defendant Schwartz's purported notes from video conference calls on April 21 and 22, 2014 is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 7 to exclude testimony and evidence regarding Defendant Schwartz's prior alleged statements concerning Defendant Coburn is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 8 to exclude testimony and evidence regarding Defendant Schwartz's alleged actions and statements during the investigation is hereby **GRANTED**; and it is further

**ORDERED** that Defendant Coburn's Motion *in Limine* No. 9 to admit exculpatory statements memorialized in Federal Bureau of Investigation FD-302 Forms of Ramesh Vadivelu, Balaji Subramanian, and Sekharipuram Narayanan Subrahmanyan is hereby **GRANTED**.

_____
Honorable Kevin McNulty
United States District Judge