UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GORDON J. COBURN and<br>STEVEN E. SCHWARTZ,<br><br>Defendants. | Hon. Kevin McNulty<br><br>Crim. No. 19-cr-120 (KM-MAH) |

## CERTIFICATE OF SERVICE

I, **JAMES P. LOONAM**, hereby certify as follows:

1. I am an attorney admitted to practice in the State of New York, appearing before this Court pursuant to Local Cr. Rule 44.1, and a partner of the firm Jones Day, attorneys for Defendant Gordon J. Coburn in the above-captioned matter.

2. On August 3, 2023, I caused the following documents to be electronically filed and served in connection with Defendant Coburn's Omnibus Motions *in Limine*:

   a. Notice of Defendant Coburn's Omnibus Motions *in Limine*;

   b. Brief in Support of Defendant Gordon J. Coburn's Omnibus Motions *in Limine*;

   c. Declaration of James P. Loonam, with exhibits;

   d. Proposed Order; and

   e. Certificate of Service.

1

3. On August 3, 2023, the above documents were served upon all counsel of record in accordance with the United States District Court for the District of New Jersey's Local Rules on Electronic Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are knowingly or intentionally false, I am subject to punishment.

Dated: August 3, 2023

Respectfully submitted,

/s/ *James P. Loonam*
James P. Loonam
JONES DAY
250 Vesey Street
New York, NY  10281
Tel. (212) 326-3939
Fax: (212) 755-7306

*Attorneys for Defendant
Gordon J. Coburn*