# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

DIRECT NUMBER: +1.212.326.3808
JLOONAM@JONESDAY.COM

May 17, 2024

VIA ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. District Court for the District of New Jersey
2 Federal Square
Newark, N.J. 07102

Re:   United States v. Coburn and Schwartz, 19-cr-120 (MEF)

Dear Judge Farbiarz:

We write on behalf of Defendant Gordon Coburn to request an additional half page to address the application of *Crawford* and *Bruton* to Steven Schwartz's statements to DLA Piper. The Court set a page limit for this letter at two pages, single-spaced. Hearing Tr. 26:17–19 (May 10, 2024). Mr. Coburn respectfully requests an extension to two-and-a-half pages, single-spaced. The government does not oppose this request.

If the Court agrees with this request, we ask that Your Honor "So-Order" this letter in the space provided below. Thank you for your consideration.

Respectfully submitted,

*/s/ James P. Loonam*
James P. Loonam

cc:   All Counsel of Record (*via ECF*)

**SO ORDERED:**

This __17th__ day of May, 2024

_____

Honorable Michael E. Farbiarz, U.S.D.J.