UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Gordon J. Coburn & Steven Schwartz<br><br>*Defendants.* | Criminal No. 19-120(MEF)<br><br>**ORDER** |

Largely for the reasons outlined in the Defendants' motion papers, and those discussed at today's oral argument, the Motion to Quash the Defendant's Subpoena to Testify, see Docket Entry 713, is denied.

IT IS on this 2nd day of July, 2024, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.