

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*         *973-645-2700*
*Newark, New Jersey 07102*

November 25, 2024

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey  07102

      Re:   United States v. Gordon Coburn and Steven Schwartz
               Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      Pursuant to the Court's August 2, 2024 Order, *see* ECF No. 769, the Government respectfully submits this letter to notify the defendants that earlier today, the Government submitted a letter *ex parte* and under seal describing the efforts the U.S. government has made, and will continue to make, to facilitate the execution of the Mutual Legal Assistance Treaty ("MLAT") request in this matter.

                                                Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | PHILIP R. SELLINGER |
| Chief | United States Attorney |
| | |
| */s/ Keith D. Edelman* | |
| */s/ Connor Mullin* | */s/ Rachelle M. Navarro* |
| */s/ Paul G. Ream* | |
| _____ | _____ |
| KEITH D. EDELMAN | |
| CONNOR MULLIN | RACHELLE M. NAVARRO |
| PAUL G. REAM | Assistant United States Attorney |
| Fraud Section, Criminal Division | District of New Jersey |
| U.S. Department of Justice | |