

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street*　　　　　　　　　*973-645-2700*
*Newark, New Jersey 07102*

February 19, 2025

<u>VIA CM/ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

　　　　　Re:　<u>United States v. Gordon Coburn and Steven Schwartz</u>
　　　　　　　Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

　　The Government respectfully submits this letter to notify the Defendants and the public that earlier today, pursuant to the Court's February 19, 2025 Order, the Government submitted a letter *ex parte* and under seal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

GLENN S. LEON　　　　　　　　　　　　　VIKAS KHANNA
Chief　　　　　　　　　　　　　　　　　Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*　　　　　　　　　　*/s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____　　　_____
KEITH D. EDELMAN　　　　　　　　　　RACHELLE M. NAVARRO
CONNOR MULLIN　　　　　　　　　　　Assistant United States Attorney
PAUL G. REAM　　　　　　　　　　　　District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice