

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*      973-645-2700
*Newark, New Jersey 07102*

February 21, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re: <u>United States v. Gordon Coburn and Steven Schwartz</u>
           Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

    The Government respectfully submits this letter pursuant to the Court's February 18, 2025 order directing the Government to provide a further update concerning the Government's review of this case pursuant to the President's February 10, 2025 Executive Order ("Executive Order").

    The Government is urgently working to complete its review of this matter required by the Executive Order and expects a final determination in short order. The Government remains mindful of the March 3, 2025 trial date and will provide the Court and the Defendants with another update no later than 4:00 p.m. today.

                                                            Respectfully submitted,

GLENN S. LEON                                     VIKAS KHANNA
Chief                                                          Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                                 */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____      _____
KEITH D. EDELMAN
CONNOR MULLIN                                   RACHELLE M. NAVARRO
PAUL G. REAM                                         Assistant United States Attorney
Fraud Section, Criminal Division       District of New Jersey
U.S. Department of Justice