**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                          **DATE:** 2/20/2025
**JUDGE: MICHAEL FARBIARZ**
**COURT REPORTER:** Lisa Larsen

**TITLE OF CASE:**                                          **DOCKET#** 19-120

United States of America
　　　v.
Gordon J. Coburn,
Steven Schwartz

**APPEARANCES:**

Connor Mullin, USAO
Paul Ream, USAO
Keith Edelman, USAO
Rachelle M. Navarro, AUSA
James P. Loonam, Esq., et al. for Defendant Gordon J. Coburn.
Theodore V. Wells, Jr., Esq, et al. for Defendant Steven Schwartz.
Jenny Kramer, Esq. for Movant
Mark Flinn, Esq. for Movant

**Nature of Proceedings:** STATUS CONFERENCE held on the record

Status telephone conference held.

**Time Commenced:** 4:30
**Time Adjourned:** 5:30
**Total Time:** 1:00

　　　　　　　　　　　　　　　　　　　RoseMarie Olivieri
　　　　　　　　　　　　　　　　　　　SENIOR COURTROOM DEPUTY