

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*          *973-645-2700*
*Newark, New Jersey 07102*

February 22, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

           Re:    United States v. Gordon Coburn and Steven Schwartz
                  Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government respectfully submits this letter to notify the Defendants and the public that earlier today, the Government submitted a letter *ex parte* and under seal.

                                  Respectfully submitted,

GLENN S. LEON                                  VIKAS KHANNA
Chief                                          Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                            */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____          _____
KEITH D. EDELMAN                               RACHELLE M. NAVARRO
CONNOR MULLIN                                  Assistant United States Attorney
PAUL G. REAM                                   District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice