UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-120 (MEF) |
| v. | <u>ORDER</u> |
| GORDON J. COBURN and<br>STEVEN SCHWARTZ | |

This matter having come before the Court on the application of the United States, by Vikas Khanna, Acting United States Attorney for the District of New Jersey (by Rachelle M. Navarro, Assistant United States Attorney, and Keith D. Edelman, Connor Mullin, and Paul G. Ream, Trial Attorneys, Fraud Section, appearing), for an order confirming the upcoming trial date;

It is on this <u>22</u> day of February, 2025, ORDERED that:

Trial in this matter remains scheduled to commence on March 3, 2025, at 9:00 a.m., beginning with jury selection.

_____
Honorable Michael E. Farbiarz
United States District Judge