# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3808
jloonam@jonesday.com

February 26, 2025

<u>VIA ECF</u>

The Honorable Michael E. Farbiarz
United States District Judge
U.S. District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, N.J. 07102

    Re:    <u>United States v. Coburn and Schwartz, 19-cr-120 (MEF)</u>

Dear Judge Farbiarz:

    We write on behalf of Defendants Gordon J. Coburn and Steven Schwartz, and with the consent of the government, to inform the Court that the parties have reached an agreement to stipulate to the admission of (1) the FBI-302s of three India-based witnesses that were interviewed by the government, with appropriate redactions; (2) certain documents referenced therein; and (3) certain contextual facts.

    Mr. Coburn also writes separately to seek leave to file a motion to admit the testimony of the defense investigators who interviewed the remaining four exculpatory witnesses located in India. *See* ECF Nos. 831, 844. In support of his motion, Mr. Coburn can rely on his previously filed papers, (ECF No. 744-1 at 1–12, 14–15), or file a short updated motion.

    Thank you for your consideration of this matter.

                                                      Respectfully submitted,

                                                      */s/ James P. Loonam*
                                                      James P. Loonam

cc:    All Counsel of Record (*via ECF*)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON