

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street*  *973-645-2700*
*Newark, New Jersey 07102*

February 27, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:    United States v. Gordon Coburn and Steven Schwartz
               Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government respectfully submits this letter to notify the public that earlier today, the Government submitted a letter under seal in response to the Court's February 14, 2025 order (ECF No. 821) directing the Government to explain why, and to what extent, its prior sealed and *ex parte* letters should remain sealed. The Government has copied Defendants' counsel on the sealed submission pursuant to the Sealed Protective Order (ECF No. 800), as amended (ECF No. 900).

                                    Respectfully submitted,

GLENN S. LEON                            VIKAS KHANNA
Chief                                           Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                        */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____      _____
KEITH D. EDELMAN                  RACHELLE M. NAVARRO
CONNOR MULLIN                      Assistant United States Attorney
PAUL G. REAM                          District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice