

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

John Giordano
United States Attorney

970 Broad Street, Suite 700
Newark, New Jersey 07102

March 4, 2025

The Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:   <u>United States v. Gordon Coburn and Steven Schwartz</u>
            Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

    Effective yesterday, March 3, I assumed the position of United States Attorney for the District of New Jersey. In that capacity, I write to respectfully request a 180-day adjournment of the trial in the above-referenced matter, which is currently scheduled to commence tomorrow, March 5. I appreciate the inconvenience this may cause. Nevertheless, I submit this request to allow sufficient time for my consideration of the application of the President's February 10, 2025 Executive Order to this matter.

    Please do not hesitate to contact me should Your Honor require any additional information.

                                        Respectfully submitted,

                                        JOHN GIORDANO
                                        United States Attorney

cc:    All Counsel of Record