# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3808
jloonam@jonesday.com

March 5, 2025

<u>VIA ECF</u>

The Honorable Michael E. Farbiarz
United States District Judge
U.S. District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, N.J. 07102

    Re:    <u>United States v. Coburn and Schwartz, 19-cr-120 (MEF)</u>

Dear Judge Farbiarz:

    We write on behalf of defendant Gordon J. Coburn, joined by counsel for co-defendant Steven Schwartz, in connection with the letter filed by United States Attorney John Giordano earlier today, ECF No. 970. Defendants join in United States Attorney Giordano's request for a 180-day adjournment to allow for the review mandated by the President's Executive Order issued on February 10, 2025. Defendants consent to the tolling of the Speedy Trial "clock" for the duration of the requested 180-day adjournment. Defendants also join in the position set forth in United States Attorney Giordano's letter that the interests of justice and the public's interest are served by the review of this case required by the Executive Order. Defendants are prepared to provide briefing on this issue if requested by the Court.

    Respectfully submitted,

    <u>/s/ James P. Loonam</u>
    James P. Loonam

cc:    All Counsel of Record (*via ECF*)