

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

970 Broad Street  973-645-2700
Newark, New Jersey 07102

March 7, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:    <u>United States v. Gordon Coburn and Steven Schwartz</u>
              Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government respectfully submits this letter to notify the public that earlier today, the Government submitted a letter under seal to the Court responding to the Court's order at ECF No. 976.

                                         Respectfully submitted,

LORINDA I. LARYEA                    JOHN GIORDANO
Acting Chief                                United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                       */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____    _____
KEITH D. EDELMAN                RACHELLE M. NAVARRO
CONNOR MULLIN                    Assistant United States Attorney
PAUL G. REAM                        District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice