

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | |
|---|---|
| *970 Broad Street* | *973-645-2700* |
| *Newark, New Jersey 07102* | |

March 10, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

   Re: United States v. Gordon Coburn and Steven Schwartz
     Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

  The Government respectfully submits this letter in response to today's Text Order (ECF No. 997) requesting transcripts of recent status conferences in *United States v. Zaglin*, 23-cr-20454 (S.D. Fla.) and *United States v. Hobson*, 22-cr-00086 (W.D. Pa.). The Government has not yet received copies of these transcripts. A party in the *Zaglin* matter previously requested the relevant transcript, which the Government expects to receive this week. In response to today's Order, the Government requested the *Hobson* transcripts and asked that they be provided as soon as possible. The Government will provide the Court all of these transcripts as soon as they are in hand.

                  Respectfully submitted,

LORINDA I. LARYEA         JOHN GIORDANO
Acting Chief            United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*           */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____  _____
KEITH D. EDELMAN         RACHELLE M. NAVARRO
CONNOR MULLIN          Assistant United States Attorney
PAUL G. REAM           District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice