

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street*  973-645-2700
*Newark, New Jersey 07102*

March 10, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:    United States v. Gordon Coburn and Steven Schwartz
                Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government respectfully submits this follow-up letter in response to today's Text Order (ECF No. 997) requesting transcripts of recent status conferences in *United States v. Zaglin*, 23-cr-20454 (S.D. Fla.) and *United States v. Hobson*, 22-cr-00086 (W.D. Pa.). A few minutes ago, the Government received a copy of the March 6, 2025 status conference in the *Hobson* matter (enclosed as Attachment A). The Government will provide the remaining transcripts as soon as they are in hand.

                                          Respectfully submitted,

LORINDA I. LARYEA                      JOHN GIORDANO
Acting Chief                                     United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                           */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

KEITH D. EDELMAN                   RACHELLE M. NAVARRO
CONNOR MULLIN                      Assistant United States Attorney
PAUL G. REAM                            District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice