

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street　　　　　　　　　　973-645-2700
Newark, New Jersey 07102

March 10, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

　　　　　Re:　United States v. Gordon Coburn and Steven Schwartz
　　　　　　　Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

　　　Further to today's Text Order (ECF No. 997) requesting transcripts of recent status conferences in *United States v. Zaglin*, 23-cr-20454 (S.D. Fla.) and *United States v. Hobson*, 22-cr-00086 (W.D. Pa.), the Government has enclosed the transcript of the February 18, 2025 status conference in the *Zaglin* matter, which we received from the court reporter this evening.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

LORINDA I. LARYEA　　　　　　　　　　JOHN GIORDANO
Acting Chief　　　　　　　　　　　　　United States Attorney

/s/ Keith D. Edelman
/s/ Connor Mullin　　　　　　　　　　　/s/ Rachelle M. Navarro
/s/ Paul G. Ream

_____　　　_____
KEITH D. EDELMAN　　　　　　　　　　RACHELLE M. NAVARRO
CONNOR MULLIN　　　　　　　　　　　Assistant United States Attorney
PAUL G. REAM　　　　　　　　　　　　District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice