

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street*      *973-645-2700*
*Newark, New Jersey 07102*

March 12, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

         Re:    United States v. Gordon Coburn and Steven Schwartz
                   Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

     The Government respectfully submits this joint letter in response to the Court's March 11, 2025 Order (ECF No. 1003) directing the parties to indicate their preferred trial date from the four options provided by the Court. All parties have agreed to request April 7, 2025.

                                                            Respectfully submitted,

LORINDA I. LARYEA                          JOHN GIORDANO
Acting Chief                                        United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                          */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____     _____
KEITH D. EDELMAN                       RACHELLE M. NAVARRO
CONNOR MULLIN                          Assistant United States Attorney
PAUL G. REAM                                District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice