UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

GORDON J. COBURN and STEVEN SCHWARTZ,

Defendants.

No. 19-cr-00120 (MEF)

**ORDER**

The Defendant Steven Schwartz is represented by lawyers from three firms: Paul Weiss, Gibbons, and Bohrer.

Yesterday, the Paul Weiss lawyers moved to withdraw. See ECF 1012.

Trial is set for April 7. See ECF 1011.

The Court's assessment of the Paul Weiss motion will be informed by whether this case can appropriately proceed to trial on April 7 without Paul Weiss. See, e.g., CBRE, Inc. v. Chad Sch. Found. Inc., 2024 WL 5126767, at *2 (D.N.J. Dec. 17, 2024) ("the degree to which withdrawal may delay the resolution of the case" is a factor to consider on a motion to withdraw); Aganan v. Rodriguez, 2024 WL 2941445, at *2 (D.N.J. June 11, 2024) (similar); Green Star Energy Sols., Inc. v. Edison Props., LLC, 2024 WL 415478, at *3 (D.N.J. Feb. 2, 2024) (similar).

The record suggests reasons to think it potentially can.

But in the first instance, the Defendant shall file a very brief letter today by 2:30pm. The letter shall indicate whether this case can appropriately proceed to trial on April 7 without Paul Weiss, in the shared judgment of Mr. Schwartz's non-Paul Weiss lawyers.

The purpose of requiring a highly succinct letter is that more detailed information might implicate privilege issues, and

might therefore be more appropriate for an ex parte, in camera proceeding.

IT IS on this 20th day of March, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.

2