APPENDIX B. CRIMINAL CASE APPEARANCE FORM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

GORDON J. COBURN and
STEVEN SCHWARTZ

CRIMINAL NO. 19-120 (MEF)

APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for  STEVEN SCHWARTZ
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Court(s) | Year(s) of Admission |
|---|---|
| District of Columbia | 2003 |
| New Hampshire | 2002 |
| New York | 2010 |
| Court of Appeals Second Circuit | 2005 |
| Court of Appeals District of Columbia Circuit | 2013 |
| District of New Hampshire | 2002 |
| Eastern District of New York | 2010 |
| Southern District of New York | 2010 |
| U.S. Supreme Court | 2014 |

Date: March 26, 2025

Signature of Attorney

Alexander J. Willscher
Print Name

125 Broad Street
Address

New York    NY    10004
City    State    Zip Code

212 558 4104         212 291 9014
Phone Number         Fax Number