UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Gordon J. Coburn,<br>Steven Schwartz,<br><br>Defendants. | Criminal Action No. 19-120 (MEF)<br><br><br><br>**SEALING ORDER** |

**Michael E. Farbiarz, U.S.D.J.**

     **THIS MATTER** having come before the Court on its own motion, and for good cause shown,

     IT IS, on this 24th day of March, 2025,

     **ORDERED** that, the un-redacted transcripts of the court proceeding held on March 24, 2025, in the above-captioned matter shall be sealed. It is further,

     **ORDERED** that counsel for Defendant Schwarz shall have access to the sealed transcript by requesting same from the official court reporter.

_____
Michael E. Farbiarz, U.S.D.J.
