

Lawrence S. Lustberg, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

March 26, 2025

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

    Re:   *United States v. Coburn & Schwartz*,
              Dkt. No. 19-cr-120

Dear Judge Farbiarz:

    As Your Honor is aware, this Firm represents defendant Steven Schwartz in the above-captioned matter. With apologies for the delay, which was inadvertent, we write to respectfully request that the Court maintain the transcripts of in camera proceedings from March 20, and 24, 2025 under seal status, without exception.

                                  Respectfully submitted,

                                  s/ Lawrence S. Lustberg
                                  Lawrence S. Lustberg

cc:    All counsel of record (via ECF)

                                **SO ORDERED**.

                                Michael E. Farbiarz, U.S.D.J.
                              Date:  3/26/2025