

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street*         973-645-2700
*Newark, New Jersey 07102*

April 1, 2025

<u>VIA CM/ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

        Re:    <u>United States v. Gordon Coburn and Steven Schwartz</u>
               Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government writes in response to the Court's order at ECF No. 1030 that the Government state its position as to the Defendants' joint request for an additional two-week adjournment of trial. The Government respectfully requests a one-day extension to respond. The Government anticipates that, in tomorrow's response, it will be able to provide the Court with an update as to its position on this matter under the Executive Order.

                                                                  Respectfully submitted,

LORINDA I. LARYEA                            ALINA HABBA
Acting Chief                                             United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                              */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____      _____
KEITH D. EDELMAN                      RACHELLE M. NAVARRO
CONNOR MULLIN                          Assistant United States Attorney
PAUL G. REAM                                  District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice