

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

970 Broad Street　　　　　　　　　973-645-2700
Newark, New Jersey 07102

April 1, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

　　　　Re:　United States v. Gordon Coburn and Steven Schwartz
　　　　　　Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

　　The Government writes in response to the Court's order at ECF No. 1030 that the Government state its position as to the Defendants' joint request for an additional two-week adjournment of trial.  The Government respectfully requests a one-day extension to respond.  The Government anticipates that, in tomorrow's response, it will be able to provide the Court with an update as to its position on this matter under the Executive Order.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

LORINDA I. LARYEA　　　　　　　　ALINA HABBA
Acting Chief　　　　　　　　　　　　United States Attorney

/s/ Keith D. Edelman
/s/ Connor Mullin　　　　　　　　　/s/ Rachelle M. Navarro
/s/ Paul G. Ream

_____　　　_____
KEITH D. EDELMAN　　　　　　　　RACHELLE M. NAVARRO
CONNOR MULLIN　　　　　　　　　Assistant United States Attorney
PAUL G. REAM　　　　　　　　　　District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice

　　　　　　　　　　　　**SO ORDERED**.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Michael E. Farbiarz, U.S.D.J.
　　　　　　　　　　　　Date:　4/1/2025