

Lawrence S. Lustberg, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

April 3, 2025

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

    Re:   *United States v. Coburn & Schwartz*,
               **Dkt. No. 19-cr-120**

Dear Judge Farbiarz:

    As Your Honor is aware, this Firm represents defendant Steven Schwartz in the above-captioned matter. We write on behalf of both Mr. Schwartz and defendant Gordon Coburn to advise that the defendants consent to the Government's motion to dismiss the Indictment in this matter pursuant to Federal Rule of Criminal Procedure 48(a), ECF 1034.

    Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      s/ Lawrence S. Lustberg
                                      Lawrence S. Lustberg