# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3808
jloonam@jonesday.com

April 21, 2025

VIA ECF

The Honorable Michael E. Farbiarz
United States District Judge
U.S. District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, N.J. 07102

    Re:    United States v. Coburn and Schwartz, 19-cr-120 (MEF)

Dear Judge Farbiarz:

    We write on behalf of Defendant Gordon J. Coburn regarding certain administrative requests related to the Court's April 3, 2025 Order dismissing the above-captioned matter with prejudice. *See* ECF No. 1036. Specifically, Mr. Coburn requests that the Court: (1) direct the Clerk's office to terminate this case as an active matter, and (2) order the release of the $500,000 Unsecured Appearance Bond executed by Mr. Coburn on February 15, 2019, ECF No. 7. The government does not object to either of these requests. If the Court agrees, we ask that Your Honor "So-Order" this letter in the space provided below. Thank you for your consideration.

        Respectfully submitted,

        */s/ James P. Loonam*
        James P. Loonam

cc:    All Counsel of Record (*via ECF*)

        **SO ORDERED:**

        This _____ day of April, 2025

        _____
        Honorable Michael E. Farbiarz, U.S.D.J.